IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00778-REB-MJW

KAHLIL I. WATSON,

    Plaintiff,

v.

FRANCISCAN MINISTRIES, INC., an Illinois corporation,
FRANCIS HEIGHTS, INC., a Colorado corporation, and
CLARE GARDENS, INC., a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal** [#21], filed September 10, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#21], filed September 10, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for June 20, 2008, is **VACATED**;

3. That the jury trial set to commence July 7, 2008, is **VACATED**; and

2

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated September 11, 2007, at Denver, Colorado.

                                **BY THE COURT:**

                                <u>**s/ Robert E. Blackburn**</u>
                                **Robert E. Blackburn**
                                **United States District Judge**